```
 1  SHARI RUSK, Bar #170313
    ATTORNEY AT LAW
 2  1710 BROADWAY, SUITE 111
    Sacramento, California 95818
 3  Telephone: (916) 804-8656

 4  Attorney for Defendant
    Roque Lozano
 5
```

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

```
10  UNITED STATES OF AMERICA,   )  NO. CR. S.09-0148 JAM
                                )
11              Plaintiff,      )
                                )  Stipulation to Continue Status
12       v.                     )  Conference and Order
                                )
13  FRANKLIN MCKESSON,          )  Date: August 4, 2009
                                )  Time: 9:30 a.m.
14              Defendant.      )  Court: Hon. John A. Mendez
                                )
15  _____)
```

16    Defendant, Franklin McKesson, by and through his undersigned

17 counsel and the United States, by and through Assistant United States

18 Attorney Kyle Reardon, hereby agree and stipulate that the status

19 conference previously scheduled for June 2, 2009 should be re-set to

20 August 4, 2009 at 9:30 a.m., and that date is available with the

21 Court.

22    The reason for this request is that Mr. McKesson has just

23 received discovery and needs to review it and engage in defense

24 investigation.  Furthermore, Assistant United States Attorney, Kyle

25 Reardon, has had a family emergency and requires additional time to

26 provide further information to counsel.

27    The parties agree that the status conference  should be continued

28

to August 4, 2009 at 9:30 a.m. and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

                                              Respectfully submitted,

Dated: May 29, 2009            /s/ Shari Rusk
                                              Shari Rusk
                                              Attorney for Defendant
                                              Franklin McKesson

Dated: May 29, 2009            /s/ Kyle Reardon
                                              Kyle Reardon
                                              Assistant United States Attorney

                                              **ORDER**

IT IS SO ORDERED.

Dated: May 29, 2009

                                       /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge