```
1   SHARI RUSK, Bar #170313
    ATTORNEY AT LAW
2   1710 BROADWAY, SUITE 111
    Sacramento, California 95818
3   Telephone: (916) 804-8656

4   Attorney for Defendant
    Roque Lozano
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S.09-0148 JAM |
|---|---|
| Plaintiff, | ) |
| | ) **Stipulation to Continue Status** |
| v. | ) **Conference & Order** |
| | ) |
| FRANKLIN MCKESSON, | ) Date: September 8, 2009 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Court: Hon. John A. Mendez |
| _____ | ) |

Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for August 4, 2009 should be re-set to September 8, 2009 at 9:30 a.m., and that date is available with the Court.

The reason for this request is that Mr. McKesson has just received discovery and needs to review it and engage in defense investigation. Furthermore, Assistant United States Attorney, Kyle Reardon, has had a family emergency and requires additional time to provide further information to counsel.

The parties agree that the status conference should be continued

to September 8, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

                                      Respectfully submitted,

Dated: July 28, 2009        /s/ Shari Rusk
                                      Shari Rusk
                                      Attorney for Defendant
                                      Franklin McKesson

Dated: July 28, 2009        /s/ Kyle Reardon
                                      Kyle Reardon
                                      Assistant United States Attorney

                                      **ORDER**

IT IS SO ORDERED.

Dated: 7/28/2009

                                      /s/ John A. Mendez
                                      Hon. John A. Mendez
                                      United States District Court Judge