SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roque Lozano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. CR. S.09-0148 JAM |
| Plaintiff,   ) | |
| ) | **Stipulation to Continue Status** |
| v.      ) | **Conference & Proposed Order** |
| ) | |
| FRANKLIN MCKESSON,          ) | Date: October 6, 2009 |
| ) | Time: 9:30 a.m. |
| Defendant.   ) | Court: Hon. John A. Mendez |
| _____ ) | |

   Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for September 8, 2009 should be re-set to October 6, 2009 at 9:30 a.m., and that date is available with the Court.

   The reason for this request is that defense investigator Robert Storey is in the process of locating and interviewing witnesses on Mr. McKesson's behalf, some of whom are located outside California.

   The parties agree that the status conference should be continued to October 6, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D)

and pursuant to local code T4.

                                      Respectfully submitted,

                                      /s/ Shari Rusk
Dated: September 3, 2009   Shari Rusk
                                      Attorney for Defendant
                                      Franklin McKesson

                                      /s/ Kyle Reardon
Dated: September 3, 2009   Kyle Reardon
                                      Assistant United States Attorney

                                          **ORDER**

IT IS SO ORDERED.

Dated: 9/3/2009

                              /s/ John A. Mendez
                              Hon. John A. Mendez
                              United States District Court Judge