IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-09-148 JAM | |
| Plaintiff, ) | | |
| ) | RELATED CASE ORDER | |
| v. ) | | |
| FRANKLYN MCKESSON, ) | | |
| Defendant. ) | | |
| UNITED STATES OF AMERICA, ) | CR. No. S-08-426 GEB | |
| Plaintiff, ) | | |
| v. ) | | |
| SIERRA RODRIGUEZ, ) | | |
| Defendant. ) | | |
| UNITED STATES OF AMERICA, ) | CR. No. S-08-462 GEB | |
| Plaintiff, ) | | |
| v. ) | | |
| STEPHEN MCKESSON, ) | | |
| Defendant. ) | | |

Plaintiff contends action CR. No. S-09-148 JAM is related to the above-actions criminal actions already assigned to the undersigned judge within the meaning of Local Rule 83-123(a),

1

"because of the significant evidentiary ties between the . . . cases and the fact that the indictment of defendants Rodriguez and Franklyn McKesson stems from the investigation and prosecution of defendant Stephen McKesson.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.  Therefore, action CR.  No. S-09-148 JAM is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case before Judge John A. Mendez are VACATED.  Further a status conference is scheduled in CR. No. S-09-148 GEB before Judge Garland E. Burrell, Jr. on November 13, 2009 at 9:00 a.m.

The Clerk of the Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  November 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2