SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANKLIN MCKESSON,<br><br>     Defendant.<br>_____ | NO. CR. S.09-0148 GEB<br><br>**Stipulation to Continue Status Conference & Order**<br><br>Date: December 4, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

    Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for November 13, 2009 should be re-set to December 4, 2009, and that date is available with the Court.

    The parties are actively involved in investigation, discovery review and negotiations. The parties agree that the status conference should be continued to December 4, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: November 10, 2009           Shari Rusk
                              Attorney for Defendant
                              Franklin McKesson



_____        /s/ Kyle Reardon
Dated: November 10, 2009           Kyle Reardon
                              Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  November 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2