1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S.09-0148 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Stipulation to Continue Status** |
| v. | ) | **Conference & Proposed Order** |
| | ) | |
| FRANKLIN MCKESSON, | ) | Date: January 15, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Court: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for December 4, 2009 should be re-set to January 15, 2010, and that date is available with the Court.

The parties are actively involved in investigation, discovery review and negotiations. The parties agree that the status conference should be continued to January 15, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                                  Respectfully submitted,

                                  /s/ Shari Rusk
Dated: December 3, 2009             Shari Rusk
                                  Attorney for Defendant
                                  Franklin McKesson



_____   /s/ Kyle Reardon
Dated: December 3, 2009             Kyle Reardon
                                  Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:   December 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2