SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-0148 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Proposed Order** |
| ) | |
| FRANKLIN MCKESSON, ) | Date: February 19, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Court: Hon. Garland E. Burrell, |
| ) | Jr. |
| _____ ) | |

   Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for February 12, 2010 should be re-set to February 19, 2010, and that date is available with the Court.

   The parties have reached an agreement in principle and except the matter to be change of plea in one week.  The parties agree that the status conference  should be continued to February 19, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: February 9, 2010         Shari Rusk
                              Attorney for Defendant
                              Franklin McKesson



_____        /s/ Kyle Reardon
Dated: February 9, 2010          Kyle Reardon
                              Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:   February 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge