SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>FRANKLIN MCKESSON,               )<br>                                 )<br>           Defendant.            )<br>_____) | NO. CR. S.09-0148 GEB<br><br>**Stipulation to Continue Status Conference & Proposed Order**<br><br>Date: May 7, 2010<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for March 12, 2010 should be re-set to May 7, 2010, and that date is available with the Court.

The government will be providing the defendant with additional discovery which the parties believe will result in settlement of this case. The parties agree that the status conference should be continued to May 7, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161(h)(1)(D) and pursuant to local code T4.

```
                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: March 10, 2010           Shari Rusk
                              Attorney for Defendant
                              Franklin McKesson



                                    /s/ Kyle Reardon
Dated: March 10, 2010           Kyle Reardon
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:   March 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge