SHARI RUSK, Bar #170313
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>            Plaintiff,        )<br>                               )<br>     v.                        )<br>                               )<br>FRANKLIN MCKESSON,             )<br>                               )<br>            Defendant.         )<br>_____ )<br>___ | NO. CR. S.09-0148 GEB<br><br>**Stipulation to Continue Status Conference & Proposed Order**<br><br>Date: June 11, 2010<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

　　Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for May 7, 2010 should be re-set to June 11, 2010, and that date is available with the Court.

　　The government will be providing the defendant with additional discovery which the parties believe will result in settlement of this case. The parties agree that the status conference should be continued to June 11, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161(h)(1)(D) and pursuant to local code T4.

```
                                   Respectfully submitted,

                                   /s/ Shari Rusk
Dated: May 6, 2010                 Shari Rusk
                                   Attorney for Defendant
                                   Franklin McKesson



                                   /s/ Kyle Reardon
Dated: May 6, 2010                 Kyle Reardon
                                   Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  May 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge