SHARI RUSK, Bar #170313
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANKLIN MCKESSON,<br><br>          Defendant.<br>_____ | NO. CR. S.09-0148 GEB<br><br>**Stipulation to Continue Status Conference & Proposed Order**<br><br>Date: July 2, 2010<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

   Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for June 11, 2010 should be re-set to July 2, 2010, and that date is available with the Court.

   At that time the parties expect a resolution of the matter or they will set a trial date. The parties agree that the status conference should be continued to July 2, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: June 10, 2010               Shari Rusk
                              Attorney for Defendant
                              Franklin McKesson



_____    /s/ Kyle Reardon
Dated: June 10, 2010               Kyle Reardon
                              Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:   June 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2