1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Franklin McKesson

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,     ) NO. CR. S.09-0148 GEB
                                 )
11              Plaintiff,       )
                                 ) **Stipulation to Continue Status**
12      v.                       ) **Conference & Proposed Order**
                                 )
13 FRANKLIN MCKESSON,            ) Date: April 1, 2011
                                 ) Time: 9:00 a.m.
14              Defendant.       ) Court: Hon. Garland E. Burrell,
                                 ) Jr.
15 _____  )

16
        Defendant, Franklin McKesson, by and through his undersigned
17
   counsel and the United States, by and through Assistant United States
18
   Attorney Kyle Reardon, hereby agree and stipulate that the status
19
   conference previously scheduled for February 7, 2011 should be re-set
20
   to April 1, 2011, and that date is available with the Court.
21
        The parties have reached an agreement for a deferred prosecution
22
   for Mr. McKesson and are providing the necessary documents to pre-
23
   trial services to process the deferral. The parties agree that the
24
   status conference  should be continued to April 1, 2011 and that time
25
   should be excluded for preparation of counsel under 18 U.S.C. §
26
   3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T4.
27

28

Respectfully submitted,

/s/ Shari Rusk
Dated: February 3, 2011      Shari Rusk
                             Attorney for Defendant
                             Franklin McKesson


                                 /s/ Kyle Reardon
Dated: February 3, 2011           Kyle Reardon
                             Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  February 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge