SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANKLIN MCKESSON,<br><br>　　　　　Defendant.<br>_____ | NO. CR. S.09-0148 GEB<br><br>**Stipulation to Continue Status Conference & Proposed Order**<br><br>Date: April 22, 2011<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

　　Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for April 1, 2011 should be re-set to April 22, 2011, and that date is available with the Court.

　　The parties have reached an agreement for a deferred prosecution for Mr. McKesson and are providing the necessary documents to pre-trial services to process the deferral. The parties agree that the status conference should be continued to April 22, 2011 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                                  Respectfully submitted,

                                  /s/ Shari Rusk
Dated: March 31, 2011               Shari Rusk
                                  Attorney for Defendant
                                  Franklin McKesson



                                     /s/ Kyle Reardon
Dated: March 31, 2011               Kyle Reardon
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge