1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Franklin McKesson
5

6             IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

10 UNITED STATES OF AMERICA,      ) NO. CR. S.09-0148 GEB
                                  )
11              Plaintiff,        )
                                  ) **Stipulation to Continue Status**
12      v.                        ) **Conference & Proposed Order**
                                  )
13 FRANKLIN MCKESSON,             ) Date: May 6, 2011
                                  ) Time: 9:00 a.m.
14              Defendant.        ) Court: Hon. Garland E. Burrell,
                                  ) Jr.
15 _____  )

16
       Defendant, Franklin McKesson, by and through his undersigned
17
   counsel and the United States, by and through Assistant United States
18
   Attorney Kyle Reardon, hereby agree and stipulate that the status
19
   conference previously scheduled for April 22, 2011 should be re-set
20
   to May 6, 2011, and that date is available with the Court.
21
       The parties agree that the status conference  should be continued
22
   to May 6, 2011 and that time should be excluded for preparation of
23
   counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and
24
   pursuant to local code T4.
25

26

27
                             Respectfully submitted,
28

```
                                /s/ Shari Rusk
Dated: April 18, 2011            Shari Rusk
                                Attorney for Defendant
                                Franklin McKesson



                                /s/ Kyle Reardon
Dated: April 18, 2011           Kyle Reardon
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  April 21, 2011

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```