SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-0148 GEB |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Proposed Order** |
| ) | |
| FRANKLIN MCKESSON, ) | Date: September 23, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Court: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

　　　Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the trial confirmation hearing previously scheduled for August 26, 2011 should be re-set for a status conference on September 23, 2011, and that date is available with the Court.  The parties request that the previously set trial date of September 20, 2011 be vacated.

　　　The parties agree that the defendant should undergo a psychiatric examination which will likely determine any resolution of this matter. The parties will be prepared to set trial dates after the evaluation is complete.  The parties further agree that a status conference should be scheduled for September 23, 2011 and that time should be

1  excluded for preparation of counsel under 18 U.S.C. §
2  3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code
3  T4.

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: August 22, 2011              Shari Rusk
                                    Attorney for Defendant
                                    Franklin McKesson


                                    /s/ Kyle Reardon
Dated: August 22, 2011              Kyle Reardon
                                    Assistant United States Attorney


                          **ORDER**

IT IS SO ORDERED.

Dated:  September 1, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2