SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-0148 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Modify** |
| v. ) | **Conditions of Pre-trial Release** |
| ) | **& Proposed Order** |
| FRANKLIN MCKESSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that Mr. McKesson's conditions of pre-trial release be modified as follows:

   Condition Number 7 shall hereby be removed.  The reason for this modification is that Mr. McKesson has been subject to random drug testing for nearly two years and all tests have been negative.  At the recommendation of pre-trial services, the parties agree that this condition is no longer necessary and Mr. McKesson's pre-trial conditions should be modified accordingly.


   ///

```
                        Respectfully submitted,

                        /s/ Shari Rusk
Dated: September 9, 2011    Shari Rusk
                        Attorney for Defendant
                        Franklin McKesson



                        /s/ Kyle Reardon
Dated: September 9, 2011    Kyle Reardon
                        Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED that condition number seven of Mr. Mckesson pre-trial release conditions be hereby removed.

Dated:  September 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge