BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FRANKLYN MCKESSON,<br><br>                Defendant. | CASE NO. 2:09-CR-0148 GEB<br><br>**MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: February 22, 2012      By:  Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Kyle Reardon*
                                          KYLE REARDON
                                          Assistant United States Attorney

**O R D E R**

APPROVED AND SO ORDERED.

**Date:** <u>2/23/2012</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge